HOHENSEE *v.* NEWS SYNDICATE, INC.

No. 214.   Decided May 14, 1962.

*James C. Newton* for petitioner.

*Stuart N. Updike* for respondent.

PER CURIAM.

The petition for writ of certiorari is granted. The judgment is vacated and the case is remanded for consideration in light of *Goldlawr, Inc.,* v. *Heiman, ante,* p. 463.

MR. JUSTICE HARLAN and MR. JUSTICE STEWART, for the reasons given in their dissent in the *Goldlawr* case, would deny certiorari.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.